# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander E. Smith, | No. CV-18-00547-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Respondents. | |

On November 25, 2019, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Alexander E. Smith's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Doc. 23.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Petition (Doc. 1), the Respondent's Answer (Doc. 16), and Judge Ferraro's R&R (Doc. 23). The Court finds the R&R well-reasoned and agrees with Judge Ferraro's conclusions.

| | |
|---|---|
| 1 | IT IS ORDERED the R&R is ADOPTED (Doc. 23) and Alexander E. Smith's |
| 2 | Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED and |
| 3 | DISMISSED (Doc. 1). The Clerk of Court shall docket accordingly and close the case |
| 4 | file in this matter. |
| 5 | Dated this 19th day of December, 2019. |

*(signature)*

Honorable Raner C. Collins
Senior United States District Judge